SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
CHRISTOPHER L. AYERS
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  973/639-9100
973/679-8656 (fax)
cseeger@seegerweiss.com
cayers@seegerweiss.com

Liaison Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JENNIFER HENRY, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. 2:23-cv-03222-BRM-CLW |
| | ) | CLASS ACTION |
| Plaintiff, | ) ) | THE RETIREMENT SYSTEMS' REPLY IN FURTHER SUPPORT OF |
| vs. | ) ) | MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL |
| FUTU HOLDINGS LIMITED, et al., | ) ) | OF SELECTION OF LEAD COUNSEL |
| Defendants. | ) ) | MOTION DAY:  September 5, 2023 |

4868-7058-9820.v1

Treasurer of the State of North Carolina, on behalf of the North Carolina Retirement Systems, the North Carolina Department of State Treasurer and the North Carolina Supplemental Retirement Board of Trustees, on behalf of the North Carolina Supplemental Retirement Plans, and Indiana Public Retirement System (collectively the "Retirement Systems") respectfully submit this reply memorandum in further support of their motion for appointment as lead plaintiff.  *See* ECF 12.

Four motions were filed by class members seeking appointment as lead plaintiff and approval of counsel pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"): (1) the Retirement Systems; (2) Bingbing Zhang and David Luebbe; (3) Khor Beng Kuan; and (4) Eddy Chun Ning Chan.  *See* ECF 10-13.  On August 22, 2023, Zhang and Luebbe, as well as Kuan, filed notices of non-opposition to competing motions.  *See* ECF 14-15.  And, while any opposition to the Retirement Systems' motion should have been filed no later than August 22, 2023, 14 days prior to the September 5, 2023 motion day, no such opposition was filed.  *See* Local Civil Rule 7.1(d)(2).  Mr. Chan did not file a response to the motions and has thus, presumably abandoned his motion.  ***As such, the Retirement Systems' motion is substantively unopposed***.

Based on information provided in the original submissions by these lead plaintiff movants, the Retirement Systems are the "most adequate plaintiff" within the meaning of the PSLRA, 15 U.S.C. §78u-4(a)(3)(B)(iii)(I).  The Retirement Systems'

- 1 -

- 2 -

loss of approximately $7.2 million is more than the losses claimed by the other lead plaintiff movants combined, and the Retirement Systems otherwise meet the "typicality" and "adequacy" requirements of Rule 23 of the Federal Rules of Civil Procedure.

Accordingly, because the Retirement Systems meet the PSLRA's lead plaintiff requirements, and their motion is unopposed, the Retirement Systems should be appointed as Lead Plaintiff and their selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel should be approved.

DATED:  August 29, 2023

Respectfully submitted,

SEEGER WEISS LLP


*s/ Christopher A. Seeger*
CHRISTOPHER A. SEEGER
CHRISTOPHER L. AYERS
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  973/639-9100
973/679-8656 (fax)
cseeger@seegerweiss.com
cayers@seegerweiss.com

Liaison Counsel

4868-7058-9820.v1

- 3 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
JENNIFER N. CARINGAL
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
jcaringal@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead
Plaintiff

- 3 -

4868-7058-9820.v1